**[J-54-2022]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: SENIOR HEALTH INSURANCE COMPANY OF PENNSYLVANIA (IN REHABILITATION) | : | No. 71 MAP 2021 |
| | : | |
| | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 1 SHP |
| | : | 2020 dated August 24, 2021 |
| APPEAL OF: THE SUPERINTENDENT OF | : | |
| INSURANCE OF THE STATE OF MAINE, | : | ARGUED: September 15, 2022 |
| THE COMMISSIONER OF INSURANCE | : | |
| OF THE COMMONWEALTH OF | : | |
| MASSACHUSETTS AND THE | : | |
| INSURANCE COMMISSIONER OF THE | : | |
| STATE OF WASHINGTON | : | |

## ORDER

**PER CURIAM**                                              **DECIDED: June 20, 2023**

AND NOW, this 20th day of June, 2023, the Order of the Commonwealth Court is

**AFFIRMED.**

Opinions to follow.

The Late Chief Justice Baer did not participate in the decision of this matter.